# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF DOCKETING - Short Form

July 11, 2017

**To:** Robert N. Trgovich
Clerk of Court

The below captioned appeal has been docketed in the United States Court of Appeals for the Seventh Circuit:

> Appellate Case No: 17-2400
>
> Caption:
> IN RE:
>  FEDEX GROUND PACKAGE SYSTEM, INCORPORATED,
> EMPLOYMENT PRACTICES LITIGATION
>
>
> APPEAL OF:MICHAEL TOFAUTE, et al.,

> District Court No: 3:05-cv-00595-RLM-MGG
> District Judge Robert L. Miller
> Clerk/Agency Rep Robert N. Trgovich
> Date NOA filed in District Court: 07/10/2017

If you have any questions regarding this appeal, please call this office.

form name: **c7_Docket_Notice_short_form**(form ID: **188**)