# United States Court of Appeals
For the Seventh Circuit
Chicago, Illinois 60604

July 13, 2017

**By the Court:**

No. 17-2400

| | |
|---|---|
| IN RE: | ] Appeal from the United |
|    FEDEX GROUND PACKAGE SYSTEM, | ] States District Court for |
|    INC. EMPLOYMENT PRACTICES | ] the Northern District |
|    LITIGATION | ] of Indiana, South Bend |
| | ] Division. |
| MICHAEL TOFAUTE, et al., | ] |
|    Plaintiffs-Appellants, | ] No. 3:05-cv-00595-RLM-MGG |
| | ] |
|                 v. | ] Robert L. Miller, Jr., Judge. |
| | ] |
| FEDEX GROUND PACKAGE SYSTEM, | ] |
| INC., | ] |
|    Defendant-Appellant. | ] |

O R D E R

    The court, on its own initiative, **ORDERS** the parties to this appeal to file a Statement, addressing whether this appeal should be consolidated with Appeal No. 11-1131.

    The parties' Statements are due on or before July 21, 2017.