**17-2400**

**IN THE
UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT**

IN RE: FEDEX GROUND PACKAGE SYSTEM, INC., EMPLOYMENT PRACTICES LITIGATION, MDL NO. 1700

---

MICHAEL TOFAUTE, ET AL.,
    Plaintiffs-Appellants,

v.

FEDEX GROUND PACKAGE SYSTEM, INC.,
    Defendant-Appellee.

---

**On Appeal from the United States District Court for the Northern District of Indiana, Hon. Robert L. Miller, Jr., Judge**

---

**FEDEX GROUND AND CLASS COUNSEL'S JULY 21, 2017 JOINT STATEMENT REGARDING CONSOLIDATION.**

---

Per the Court's July 13, 2017 Order, Fedex Ground and Plaintiffs' Class Counsel (but not counsel for objectors) hereby submit this joint statement regarding consolidation.

After consultation, Class Counsel and Fedex Ground have determined that they do not believe it would enhance efficiency, or the speed of resolution of these appeals, if the matters were consolidated. The underlying issues, facts, and procedural posture of the two cases is substantially different and does not overlap. The pending appeal and cross appeal in the underlying action (Case No. 11-1131) arises from the District Court's orders granting class certification and,

subsequently, summary judgment to Fedex Ground on the issue of employment status, which was a threshold issue for the Class' claims. While this appeal has been stayed, the parties were able to reach a classwide settlement which was approved by the District Court last month. The current appeal (Case No. 17-2400) arises out of an objection concerning attorneys' fees to be awarded in connection with the class settlement, not the merits of the underlying action, or the District Court's prior orders.

If the current appeal is decided in favor of the Class and Fedex Ground, and the objection overruled, the settlement will proceed and the prior appeal will be dismissed pursuant to Federal Rules of Appellate Procedure 42(b). Thus, Class Counsel and Fedex Ground do not see the benefit of consolidation here.

Respectfully submitted,

| | |
|---|---|
| J. TIMOTHY EATON | /S/ JONATHAN D. HACKER |
| TAFT STETTINIUS & HOLLISTER LLP | Jonathan D. Hacker |
| 111 E. Wacker Drive | *Counsel of Record* |
| Suite 2800 | O'MELVENY & MYERS LLP |
| Chicago, Illinois 60601 | 1625 Eye Street, N.W. |
| (312) 527-4000 | Washington, D.C. 20006 |
| | (202) 383-5300 |

*Attorneys for Defendant-Appellee FedEx Ground Package System, Inc.*

| | |
|---|---|
| Robert I. Harwood | /S/ BETH A. ROSS |
| Matthew M. Houston | Beth A. Ross |
| HARWOOD FEFFER LLP | *Counsel of Record* |
| 488 Madison Avenue, 8th Floor | LEONARD CARDER, LLP |
| New York, NY 10022 | 1330 Broadway, Suite 1450 |
| Tel: (212) 935-7400 | Oakland, CA 94612 |
| | Tel: (510) 272-0169 |

Susan E. Ellingstad
LOCKRIDGE GRINDAL NAUEN P.L.L.P.
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
Tel: (612) 339-6900

*Plaintiffs-Appellants' Class Counsel*

Dated: July 21, 2017

## FILER'S ATTESTATION

I hereby attest that the other signatory listed, on whose behalf the filing is submitted, concurs in the filing's content and has authorized the filing.

Dated: July 21, 2017　　　　　　　　　O'MELVENY & MYERS LLP


By:　　/S/ JONATHAN D. HACKER
　　　　　　Jonathan D. Hacker

Attorney for *Defendant-Appellee FedEx Ground Package System, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on July 21, 2017, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Seventh Circuit by using the CM/ECF system. All participants are registered CM/ECF users, and will be served by the appellate CM/ECF system.

/s/ JONATHAN D. HACKER
Jonathan D. Hacker