**No. 17-2400**

**UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT**

| | |
|---|---|
| **In re FEDEX GROUND PACKAGE SYSTEM, INC., EMPLOYMENT PRACTICES LITIGATION** _____ **THIS DOCUMENT RELATES TO:** **Michael Tofaute, et al. v. FedEx Ground Package System, Inc., Civil No. 3:05-cv-00595-RLM-CAN (NJ)** | On appeal from United States District Court for the Northern District of Indiana, South Bend Division **Case No. 3:05-MD-527-RM (MDL 1700)** Judge Robert L. Miller Jr. |

Pursuant to the Court's July 13, 2017 Order, counsel for the New Jersey Class Representatives hereby submit this statement regarding consolidation.

We have spoken to Mr. Harwood, a member of Co-Lead Counsel, regarding the consolidation of the appeal. We agreed with Mr. Harwood that the appeals should not be consolidated. The issues at appeal here are not the same as those in the prior appeal filed by Co-Lead Counsel. Thus, there would be no benefit to consolidation.

Respectfully submitted,

**DATED:** July 21, 2017

**NAGEL RICE, LLP**

By:  s/ *Greg M. Kohn*
    Greg M. Kohn
    103 Eisenhower Parkway
    Roseland, New Jersey 07068
    973-618-0400
    gkohn@nagelrice.com

**DiSABATO & BOUCKENOOGHE LLC**

By:　s/ *David J. DiSabato*
　　　David J. DiSabato, Esq.
　　　Lisa R. Bouckenooghe, Esq.
　　　4 Hilltop Road
　　　Mendham, New Jersey 07945
　　　Tel.: 973-813-2525
　　　Fax: 973-900-8445
　　　ddisabato@disabatolaw.com
　　　lbouckenooghe@disabatolaw.com

**CERTIFICATE OF SERVICE**

    I hereby certify that on July 21, 2017, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Seventh Circuit by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

                                                                         **s/ *Greg M. Kohn***
                                                                         Greg M. Kohn, Esq.