**No. 17-2400**

**UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT**

| | |
|---|---|
| In re FEDEX GROUND PACKAGE SYSTEM, INC., EMPLOYMENT PRACTICES LITIGATION  _____  THIS DOCUMENT RELATES TO:  Michael Tofaute, et al. v. FedEx Ground Package System, Inc., Civil No. 3:05-cv-00595-RLM-CAN (NJ) | On appeal from United States District Court for the Northern District of Indiana, South Bend Division  Case No. 3:05-MD-527-RM (MDL 1700)  Judge Robert L. Miller Jr. |

**AMENDED DOCKETING STATEMENT (Circuit Rule 3)**

Notice is hereby given that Plaintiffs Michael Tofaute, Francis Dennis Lynch, Thomas Mikulski, David McMahon, Patrick Carrigan, and Michael B. Kilmartin (hereinafter the "NJ Class Reps"), on behalf of themselves and the class they represent, provide the following docketing statement with respect to their appeal:

**JURISDICTIONAL STATEMENT:** Federal jurisdiction over the Plaintiffs' First Amended Complaint, filed on January 9, 2006, in the District Court was based on diversity jurisdiction under 28 U.S.C. §1332 (Named Plaintiffs are citizens of New Jersey and Defendant FedEx Ground is a Delaware corporation with its principal place of business in Pennsylvania), CAFA 28 U.S.C. §1332(d) and supplemental jurisdiction over New Jersey Consumer Fraud Act and Wage Payment Act and common law claims under 28 U.S.C. §1367(a).

FedEx Ground Package System, Inc. is a Delaware corporation with its principal place of business in Pittsburgh, Pennsylvania.

**APPELLATE JURISDICTION:** Plaintiffs filed their Notice of Appeal on July 10, 2017 and appeal from the District Court's April 28, 2017 Order granting Co-Lead Counsel's request for an award of attorneys' fees; and the District Court's Order dated June 12, 2017 that denied counsel for the NJ Class Reps' motion for attorneys' fees and costs.

**THIS IS AN APPEAL OF AN IMMEDIATELY APPEALABLE FINAL JUDGMENT.**

A final appealable judgment was entered by the District Court on April 28, 2017 and June 12, 2017. The District Court stayed the time to appeal the April 28, 2017 Order until the District Court decided the NJ Class Reps motion for attorneys' fees and costs. On June 12, 2017 the District Court entered an order denying our motion. This is a civil appeal as a matter of right pursuant to Federal Rule of Appellate Procedure 3(a) and Circuit Rule 3(a).

**RELATED CASES:**

1. *Carlene Craig, et al. vs. FedEx Ground Package System, Inc., et al., Case No. 3:05-cv-530-RM (KA);* Appeal Case No. 10-3115.

2. *Tina Floyd v. FedEx Ground Package Systems, Inc.,* Case No. 3:06-cv-428-RM (AL)

3. *Margaret Gibson, et al. vs. FedEx Ground Package System,* Case No. 3:07-cv-272-RM (AZ)

4. *Donald E. Carlson, et al. vs. FedEx Ground Package System, Inc.,* Case No. 3:05-cv-664-RM (FL)

5. *Earnest White vs. FedEx Ground Package System, Inc.,* Case No. 3:07-cv-411-RM (GA)

6. *Roger Riewe, et al. vs. FedEx Ground Package System, Inc., et al.,* Case No. 3:05-cv-390-RM (IN)

7. *Ryan Boudreauz, et al. vs. FedEx Ground Package System, Inc.,* Case No. 3:08-cv-193-RM (LA)

8. *Laron Jones vs. FedEx Ground Package System, Inc.,* Case No. 3:07-cv-189-RM (MD)

9. *Thomas Westcott vs. FedEx Ground Package System, Inc.,* Case No. 3:06-cv-485-RM (MD)

10. *Katrina Lee, et al. vs. FedEx Ground Package System, Inc., et al.,* Case No. 3:05-cv-533-RM (MN)

11. *Sharon B. Whiteside, et al. vs. FedEx Ground Package System, Inc.,* Case No. 3:07-cv-326-RM (NC)

12. *Larry Louzau, et al. vs. FedEx Ground Package System, Inc.,* Case No. 3:05-cv-538-RM (NY)

13. *Jeffrey Hart vs. FedEx Ground Package System, Inc.,* Case No. 3:05-cv-598-RM (PA)

14. *Derek D. Willis vs. FedEx Ground Package System, Inc., et al.,* Case No. 3:05-cv-597-RM (PA)

15. *Raymond Tierney, et al. vs. FedEx Ground Package System, Inc.,* Case No. 3:05-cv-599-RM (RI)

16. *Gregory Cooke vs. FedEx Ground Package System, Inc.,* Case No. 3:05-cv-668-RM (SC)

17. *Arthur Smith, et al. vs. FedEx Ground Package System, Inc., et al.,* Case nNo. 3:05-cv-600-RM (TN)

18. *Dan Fishler, et al. vs. FedEx Ground Package System, Inc.,* Case No. 3:08-cv-53-RM (UT)

19. *Gary Lee Larson, et al. vs. FedEx Ground Package System, Inc.,* Case No. 3:05-cv-601-RM (WI)

20. *Lawrence Asbury vs. FedEx Ground Package System, Inc.,* Case No. 3:06-cv-826-RM (WV)

21. *In Re: FedEx Ground Package System, Incorporated, Employment Practices Litigation,* No. 07-8034.

**ADDITIONAL REQUIREMENTS OF CIRCUIT RULE 3(c)(1).**

This is a civil case that does not involve any criminal convictions. 28 U.S.C. § 1915(g) is inapplicable. None of the parties to the litigation appear in an official capacity. This case does not involve a collateral attack on a criminal conviction.

Respectfully submitted,

**DATED:** July 26, 2017         **NAGEL RICE, LLP**

By:  s/ *Greg M. Kohn*
     Greg M. Kohn
     103 Eisenhower Parkway
     Roseland, New Jersey 07068
     973-618-0400
     gkohn@nagelrice.com

**DiSABATO & BOUCKENOOGHE LLC**

By:  s/ *David J. DiSabato*

David J. DiSabato, Esq.
Lisa R. Bouckenooghe, Esq.
4 Hilltop Road
Mendham, New Jersey 07945
Tel.: 973-813-2525
Fax: 973-900-8445
ddisabato@disabatolaw.com
lbouckenooghe@disabatolaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on July 26, 2017, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Seventh Circuit by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

*s/ Greg M. Kohn*
Greg M. Kohn, Esq.