# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## ORDER

August 4, 2017

*By the Court:*

| No. 17-2400 | IN RE: FEDEX GROUND PACKAGE SYSTEM, INCORPORATED, EMPLOYMENT PRACTICES LITIGATION |
|---|---|
|  | APPEAL OF: MICHAEL TOFAUTE, et al., |

| **Originating Case Information:** |
|---|
| District Court No: 3:05-cv-00595-RLM-MGG<br>Northern District of Indiana, South Bend Division<br>District Judge Robert L. Miller |

Upon consideration of the **MOTION TO EXTEND TIME TO FILE APPELLANTS' BRIEF**, filed on August 3, 2017, by counsel for the appellants,

**IT IS ORDERED** that the motion is **GRANTED**. Briefing will proceed as follows:

1.    The brief and required short appendix of the appellants are due by September 21, 2017.

2.    The brief of the appellee is due by October 23, 2017.

3.    The reply brief of the appellants, if any, is due by November 6, 2017.

Important Scheduling Notice !

> Notices of hearing for particular appeals are mailed shortly before the date of oral argument. Criminal appeals are scheduled shortly after the filing of the appellant's main brief; civil appeals after the filing of the appellee's brief. If you foresee that you will be unavailable during a period in which your particular appeal might be scheduled, please write the clerk advising him of the time period and the reason for such unavailability. Session data is located at http://www.ca7.uscourts.gov/cal/calendar.pdf. Once an appeal is formally scheduled for a certain date, it is very difficult to have the setting changed. See Circuit Rule 34(e).

form name: **c7_Order_BTC**(form ID: **178**)