# United States Court of Appeals
**For the Seventh Circuit**
**Chicago, Illinois  60604**

October 5, 2017

**By the Court:**

No. 17-2400

| | |
|---|---|
| IN RE: | ] Appeal from the United |
|    FEDEX GROUND PACKAGE SYSTEM, | ] States District Court for |
|    INCORPORATED, EMPLOYMENT | ] the Northern District |
|    PRACTICES LITIGATION | ] of Indiana, South Bend |
| | ] Division. |
| | ] |
| APPEAL OF: MICHAEL TOFAUTE, et al., | ] No. 3:05-cv-00595-RLM-MGG |
| | ] |
| | ] Robert L. Miller, Jr., Judge. |

O R D E R

    The section captioned "Jurisdictional Statement" in appellants' brief does not comply with Rule 28(a)(4) of the Federal Rules of Appellate Procedure which provides, in part, that an appellant's brief contain a jurisdictional statement that includes:

    "(C) the filing dates establishing the timeliness of the appeal or petition for review...."

    Appellants' jurisdictional statement fails to provide the date that the Rule 58 judgment was entered.  Appellants must provide this information.

    Further, Circuit Rule 28(a)(2)(iv) requires an appellant to provide all information pertaining to the grant of an extension of time to file the notice of appeal.  This information must be provided because it appears that the appeal filed on July 10, 2017, is untimely as to the April 28, 2017 order.  Accordingly,

    **IT IS ORDERED** that appellants' brief is **STRICKEN**.  Appellants must file a new brief no later than October 12, 2017, which contains a jurisdictional statement that complies with all the requirements of Fed. R. App. P. 28(a) and Cir. Rule 28(a),

No. 17-2400     Page 2

including the omitted information.  Counsel is reminded that he may not change any other portion of the brief.

    This order will not extend the time for appellee to file its brief.

NOTE:  Counsel is reminded that he must file an entire corrected brief, including the required certifications, and appendix if an appendix was attached to the stricken brief.